1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.: 5:19CR110-JGB
                                      )
12              Plaintiff,            )   ORDER OF DETENTION PENDING
                                      )   FURTHER REVOCATION
13        v.                          )   PROCEEDINGS
                                      )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   David Joseph                     )   U.S.C. § 3143(a)(1))
     Silva Jr.                        )
15              Defendant.            )
                                      )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Central___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            (X)    information in the Pretrial Services Report and Recommendation

26            (X)    information in the violation petition and report(s)

27            (X)    the defendant's nonobjection to detention at this time

28            ( )    other: _____

                                       1

1  and/ or

2  B. (X)  The defendant has not met his/her burden of establishing by clear and

3       convincing evidence that he/she is not likely to pose a danger to the

4       safety of any other person or the community if released under 18 U.S.C.

5       § 3142(b) or (c).  This finding is based on the following:

6       (X)  information in the Pretrial Services Report and Recommendation

7       (X)  information in the violation petition and report(s)

8       (X)  the defendant's nonobjection to detention at this time

9       ( )  other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  July 10, 2017

15       _____
         SHERI PYM
         United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28